**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

HERMAN MAYS, JR., on his own behalf and as
next friend and parent of C.M.;
ELIZABETH MAYS, on her on own behalf and as
next friend and parent of C.M.;
BETHANY FELINTON, on her on own behalf and as
next friend and parent of S.F., E.F., and C.F.;
JANA TIGCHELAAR, on her on own behalf and as
next friend and parent of C. T. and S.T.; and
MAX NIBERT,

       Plaintiffs,

v.           CIVIL ACTION NO.   3:22-0085

THE CABELL COUNTY BOARD OF EDUCATION;
RYAN SAXE, in his official capacity as
Superintendent of Cabell County Schools; and
DANIEL GLEASON, in his individual capacity
and in his official capacity as Principal of
Huntington High School,

       Defendants.

**ORDER AND NOTICE**

    Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the

times by or on which certain events must occur:

05/16/22  Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

05/31/22  Last day for Rule 26(f) meeting.

06/06/22  Last day to file Report of Parties' Planning Meeting. *See* Worksheet for Report of Parties' Planning Meeting and form for Report of Parties' Planning Meeting, available on the Court's website. LR Civ P 16.1.

06/21/22    Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed. Be prepared to discuss the following:

  (a)    the discovery to be completed and the amount of time necessary for its completion;
  (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;
  (c)    the possibility of entering into stipulations regarding issues for trial;
  (d)    the possibility of obtaining admissions regarding facts and documents; and
  (e)    other matters that will assist the parties in reaching a final resolution of this matter.

06/27/22    Entry of scheduling order.

07/05/22    Last day to make FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Worksheet for Report of Parties' Planning Meeting, all of which are available on the Court's website.

-3-

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

ENTER:      April 25, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE