IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**Herman Mays, Jr., on his own behalf and as next friend and parent of C.M.; Elizabeth Mays, on her own behalf and as next friend and parent of C.M.; Bethany Felinton, on her own behalf and as next friend and parent of S.F., E.F., and C.F.; Jana Tigchelaar, on her own behalf and as next friend and parent of C.T. and S.T., and Max Nibert,**

    **Plaintiffs,**

v.                                                      Civil Action No. 3:22-cv-00085

**The Cabell County Board of Education, Daniel Gleason, in his individual capacity, and Jeff Jones, in his individual capacity,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Cabell County Board of Education served the foregoing "**DEFENDANT CABELL COUNTY BOARD OF EDUCATION'S FOURTH SUPPLEMENTAL RESPONSES TO FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FROM PLAINTIFFS**" via U.S. Mail to the counsel below, and the Certificate of Service proving the same via electronic filing, upon the following counsel of record on this 10th day of April 2023.

Marcus B. Schneider
Steele Schneider
420 Ford Duquesne Blvd., Suite 500
Pittsburgh, PA  15222

Kristina Thomas Whitaker
The Grubb Law Group
1114 Kanawha Boulevard East
Charleston, WV  25301

Patrick C. Elliott
Christopher Line
Freedom From Religion Foundation, Inc.
10 N. Henry Street
Madison, WI  53703

Jan L. Fox
Ancil G. Ramey
Michelle E. Gaston
Steptoe & Johnson, PLLC
P.O. Box 1588
Charleston, WV  25326-1588

/s/ Brian D. Morrison
Perry W. Oxley (WVSB #7211)
David E. Rich (WVSB #9141)
Brian D. Morrison (WVSB #7489)
Paula Jo Roberts (WVSB # 13457)
Oxley Rich Sammons, PLLC
P.O. Box 1704
Huntington, WV 25718
304-522-1138
poxley@oxleylawwv.com
drich@oxleylawwv.com
bmorrison@oxleylawwv.com
proberts@oxleylawwv.com