IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

HERMAN MAYS, JR., on his own behalf and as
next friend and parent of C.M.;
ELIZABETH MAYS, on her on own behalf and as
next friend and parent of C.M.;
BETHANY FELINTON, on her on own behalf and as
next friend and parent of S.F., E.F., and C.F.;
JANA TIGCHELAAR, on her on own behalf and as
next friend and parent of C. T. and S.T.; and
MAX NIBERT,

       Plaintiffs,

v.           CIVIL ACTION NO.   3:22-0085

THE CABELL COUNTY BOARD OF EDUCATION and
DANIEL GLEASON, in his individual capacity,

       Defendants.

**ORDER**

The Court has been advised by counsel of the pending settlement of this action. It being unnecessary to conduct further proceedings in this matter, the Court **ORDERS** as follows:

1. That this action be **STAYED**. The Court will lift the stay for good cause shown upon the motion of a party. Such motion must be made within thirty days of the entry of this Order.

2. That the parties submit an agreed order of dismissal by **July 11, 2023**. If the parties fail to submit an agreed dismissal order by **July 11, 2023**, **the Court will enter an order dismissing the case without prejudice.** This date may only be extended by order of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: June 20, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE