IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

HERMAN MAYS, JR., on his own behalf and as
next friend and parent of C.M.;
ELIZABETH MAYS, on her on own behalf and as
next friend and parent of C.M.;
BETHANY FELINTON, on her on own behalf and as
next friend and parent of S.F., E.F., and C.F.;
JANA TIGCHELAAR, on her on own behalf and as
next friend and parent of C. T. and S.T.; and
MAX NIBERT,

           Plaintiffs,

v.                      CIVIL ACTION NO.  3:22-0085

THE CABELL COUNTY BOARD OF EDUCATION and
DANIEL GLEASON, in his individual capacity,

           Defendants.

**ORDER**

Pending is the Joint Motion to Extend Entry of Dismissal Order and Continue Stay of Civil Action. ECF No. 194. The Court **GRANTS** the motion, extends the stay of this action, and extends the time by which the parties must submit an agreed order of dismissal to **August 10, 2023**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

           ENTER:      July 11, 2023

           _____
           ROBERT C. CHAMBERS
           UNITED STATES DISTRICT JUDGE